UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SEKLECKI,<br>     Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE<br>CONTROL & PREVENTION, et al.,<br>     Defendants. | Civil Action<br>No. 22-10155-PBS |

### Docket Entry

February 10, 2022

Saris, D.J.

Plaintiff's motion (Dkt. 16) to Expedite Hearing re Dkt. 15 Plaintiff's Motion for Preliminary Injunction against CDC and HHS is **DENIED**. Plaintiff's motion (Dkt. 18) to Expedite Hearing re Dkt. 17 Plaintiff's Motion for Preliminary Injunction against American Airlines and Southwest Airlines is **DENIED**.

  SO ORDERED.

            /s/ PATTI B. SARIS
            Hon. Patti B. Saris
            United States District Judge