UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SEKLECKI,

        Plaintiff,

v.

CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,

        Defendants.

Case No. 1:22-cv-10155-PBS

## NOTICE OF APPEARANCE

Please take notice that Andrew F. Freidah, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for the Federal Defendants (*i.e.*, the Centers for Disease Control and Prevention (CDC) and the Department of Health and Human Services (HHS)).

Dated: February 16, 2022        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

RACHAEL S. ROLLINS
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By:   */s/ Andrew F. Freidah*
STEPHEN M. PEZZI
ANDREW F. FREIDAH
   Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for the Federal Defendants*

2

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2022, I caused a true and correct copy of the as-filed version of this filing to be served on all counsel of record via the CM/ECF system.  Although Plaintiff is proceeding *pro se*, he has been authorized by the Court to use the CM/ECF system.  ECF No. 21.  Accordingly, Plaintiff will receive service of this filing through the CM/ECF system.

>*/s/ Andrew F. Freidah*
>ANDREW F. FREIDAH
>Trial Attorney
>United States Department of Justice