UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SEKLECKI, *on behalf of himself and his minor child M.S.*, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-10155-PBS |
| | : District Judge Patti Saris |
| CENTERS FOR DISEASE CONTROL & PREVENTION *et al.*, | : |
| Defendants. | : |

**PLAINTIFF'S COMBINED OPPOSITION TO AIRLINE DEFENDANTS' MOTION TO ADMIT ROY GOLDBERG *PRO HAC VICE* & MOTION TO VACATE COURT ORDER GRANTING ADMISSION BEFORE THE TIME EXPIRED FOR ME TO FILE AN OPPOSITION**

COMES NOW plaintiff, *pro se*, and opposes Defendants American Airlines and Southwest Airlines' – collectively the "Airline Defendants" – Motion for Leave to Appear *Pro Hac Vice* for Admission of Roy Goldberg, filed Feb. 8. Doc. 13. Concurrently, because the Court granted this motion before the time expired for me to file an opposition, I move to vacate that Order. Doc. 14.

**I. PROCEDURAL HISTORY**

Let's begin with the procedural problems. Christopher Duggan, local counsel for the Airline Defendants, moved Feb. 8 to admit Mr. Goldberg *pro hac vice* to represent American and Southwest. Doc. 13. Mr. Duggan reported to the Court that "I certify that, pursuant to Local Rule 7.1, that counsel for Airline Defendants emailed Mr. Seklecki regarding their intent to file this motion in a good faith attempt to resolve or narrow the issues. Mr. Seklecki did not respond." *Id.* at 3.

Mr. Goldberg e-mailed me at 10:16 a.m. Feb. 7 informing me of his intent to file a motion for his admission *pro hac vice*. Doc. 30-1. Less than 24 hours later, without me having an opportunity to respond,

[handwritten in left margin: 3/3/22 The motion to vacate is denied. /s/ Patti Saris]

1