IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SEKLECKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-10155-PBS |
| ) | |
| CENTERS FOR DISEASE ) | |
| CONTROL & PREVENTION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**AIRLINE DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN
SUPPORT OF MOTION TO TRANSFER LITIGATION TO THE
MIDDLE DISTRICT OF FLORIDA UNDER FIRST-TO-FILE RULE**

Defendants American Airlines, Inc. and Southwest Airlines Co. ("Airline Defendants") move, pursuant to Local Rule 7.1(b)(3), for leave to file a five-page reply brief in support of their motion to transfer this case to the United States District Court for the Middle District of Florida (Docs. 8-9), and in reply to Plaintiff's opposition brief filed February 21, 2022 (Doc. 59). The Proposed Reply Brief is submitted with this Motion.

In it, the Airline Defendants address points that could not have been anticipated at the time the initial Motion and Memorandum was submitted. Specifically, (1) rather than refute the Airline Defendant's arguments for transfer of this litigation to the Middle District of Florida, Plaintiff's opposition brief (Doc. 59) contains several admissions which fully support the transfer sought by both the Airline Defendants and the Federal Defendants. The Reply Brief directs the Court's attention to those admissions; and (2) The Reply Brief demonstrates how Plaintiff, in his opposition, failed to overcome the fact that this case is a mirror image of the cases filed by Americans Against Mask Mandates ("AAMM") members in the Middle District of Florida (*Wall v. CDC, et al.,* 6:21-cv-00975 PGB-DCI, and *Wall v. Southwest Airlines Co., et al.* 6:21-cv-01008 PGB-DCI), the Western District of Kentucky (*Faris v. CDC, et al.*), and Eastern District of

3/8/22