UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SEKLECKI**, *on behalf of himself and his minor child M.S.*, : : : Plaintiff, : : v. : : **CENTERS FOR DISEASE CONTROL & PREVENTION** *et al.*, : : Defendants. : | Case No. 1:22-cv-10155-PBS District Judge Patti Saris |

### PLAINTIFF'S MOTION TO ADD AS DEFENDANTS DELTA AIR LINES, FRONTIER AIRLINES, & SPIRIT AIRLINES

COMES NOW plaintiff, *pro se*, and moves pursuant to F.R.Civ.P. 21 for an order adding Delta Air Lines, Frontier Airlines, and Spirit Airlines as defendants. I had hired an attorney to engage in pre-litigation talks in hopes of reaching a settlement with Frontier and Spirit. Doc. 1 at ¶ 46. Unfortunately, this did not bear fruit. I also thought my lawyer was attempting to reach a pre-litigation settlement with Delta, however I later learned he had not contacted Delta. Due to disagreements about how to proceed, I terminated my relationship with the attorney and now seek to add these three airlines as defendants in this case.

1. **DELTA AIR LINES** has violated the law by forcing my son and me to undergo its "Clearance to Fly" medical consultation process each time we take a flight. Although Delta has granted mask exemptions to my 4-year-old boy, it has refused to accommodate my medical condition with a waiver. Doc. 1 at ¶¶ 34-37. Delta is charged with Counts 12, 13, 14, 15, 16, 17, 18, 21, 25, 26, 27, 28, 29, 30, 31, 32, and 33.

2. **FRONTIER AIRLINES** violated the law by refusing my entire family of four boarding from Orlando to Hartford, Connecticut, on Oct. 23, 2021, because M.S. can't don a mask. Doc. 1 at ¶¶ 30-33 &

53-54; Doc. 31 at Exs. 13-14 & 20. Frontier is charged with Counts 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 25, 26, 27, 28, 29, 30, 31, 32, and 33.

3. **SPIRIT AIRLINES** violated the law by refusing me a mask exemption Oct. 26, 2021, and harassing M.S. for needing a medical waiver. We were forced to get a second doctor's note and almost missed our flight from Boston to Orlando via Myrtle Beach, South Carolina. Doc. 1 at ¶¶ 17-22 & 57-58; Doc. 31 at Exs. 6-11. Frontier is charged with Counts 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 25, 26, 27, 28, 29, 30, 31, 32, and 33.

"On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed.R.Civ.P. 21. Justice requires the Court add Delta, Frontier, and Spirit to this lawsuit because they – like Defendants American Airlines and Southwest Airlines – have discriminated against my son and me. Furthermore, "Persons … may be joined in one action as defendants if: (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action." Fed.R.Civ.P. 20(a)(2). These three proposed defendants meet both of these criteria.

"Neither a plaintiff nor a defendant need be interested in obtaining or defending against all the relief demanded. The court may grant judgment to one or more plaintiffs according to their rights, and against one or more defendants according to their liabilities." Fed.R.Civ.P. 20(a)(3).

When granting this motion, I ask the Court direct me regarding any next steps required such as whether I must file an amended or supplemental complaint pursuant to Fed.R.Civ.P. 15.

WHEREFORE, I request this Court issue an order granting me the following relief: "Plaintiff's Motion to Add as Defendants Delta Air Lines, Frontier Airlines, and Spirit Airlines is GRANTED. The Clerk is DIRECTED to add them to the list of defendants on the docket."

**L.R. 7.1(a)(2) Consultation Statement**
I did not consult with counsel for any of the existing defendants since this motion does not concern them.

Respectfully submitted this 22nd day of March 2022.

*Michael Seklecki*

Michael Seklecki, plaintiff on behalf of myself and my minor child M.S.
Apt. 101
1400 Encore Pl.
Lake Mary, FL 32746
Telephone: 321-666-4353
E-Mail: SekleckiMichael52@gmail.com