**CHASE**

Cardmember Services
P.O. Box 15299
Wilmington, DE 19850-5299

**Questions?**



💻 Chase.com
📞 1-800-849-3574
FAX 1-888-643-9624
We accept operator relay calls

March 28, 2022



# Update:    **Your account has been credited**

Your account ending in 3185

Dear ▮▮▮▮▮▮▮:

We're pleased to tell you that we've resolved your dispute.

| Transaction Post Date | Merchant Name | Transaction Amount |
|---|---|---|
| 02/14/2022 | AMERICAN AIR0012405534489 | $72.60 |
| 02/14/2022 | AMERICAN AIR0012405534488 | $72.60 |

**Here's what you need to know**
- We credited your account for the full disputed dollar amount.

If you have questions, please call us at 1-800-849-3574, We're available Monday through Friday from 9 a.m. to 9 p.m. Eastern Time.

We appreciate your business.

Sincerely,

Customer Service
Chase Cardmember Services

CLAIM ID: C-20220310-1775