IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SEKLECKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-10155-PBS |
| | ) |
| CENTERS FOR DISEASE | ) |
| CONTROL & PREVENTION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DELTA AIR LINES, INC. and SPIRIT AIRLINES, INC.
TO INTERVENE FOR LIMITED PURPOSE**

Delta Air Lines, Inc. and Spirit Airlines, Inc. (jointly, "Proposed Defendants") move under Fed. R. Civ. P/. 24(b)(1) (B) to intervene in this action solely for the limited purpose of opposing Plaintiff's Motion to add them as defendants.  (ECF No. 100). ("Motion to Add Defendants").  As grounds, the Proposed Defendants state that they were never served with the Motion to Add Defendants as required under L.R.15.1, but nonetheless have learned of the Motion and wish to oppose it on procedural and substantive grounds.  Neither of the Proposed Defendants is a proper party  in the current litigation for the reasons set forth in the Opposition of Airline Defendants and of Prospective Intervenors Delta Air Lines, Inc., and Spirit Airlines, Inc. to Plaintiff's "Motion to Add as Defendants Delta Airlines, Frontier Airlines & Spirit Airlines," which is filed contemporaneously with this Motion and is incorporated by reference.

                                                Respectfully Submitted,

                                                DELTA AIR LINES, INC., and
                                                SPIRIT AIRLINES, INC.

                                                By their Counsel,

                                                /s/ Christopher A. Duggan
                                                Christopher A. Duggan (BBO No. 544150)
                                                SMITH DUGGAN BUELL & RUFO LLP
                                                55 Old Bedford Road
                                                Lincoln, MA 01773
                                                (617) 228-4400
                                                Chris.Duggan@SmithDuggan.com

                                                M. Roy Goldberg
                                                STINSON LLP
                                                1775 Pennsylvania Ave., N.W., Suite 800
                                                Washington, D.C. 20006
                                                (202) 728-3005
                                                Email: roy.goldberg@stinson.com
                                                *Admitted Pro Hac Vice*

Dated: April 6, 2022


CERTIFICATE OF SERVICE

     I hereby certify that, on this 6th day of April 2022, I caused a true and correct copy of the as-filed version of this filing to be served on all counsel of record via the CM/ECF system. Although Plaintiff is proceeding *pro se*, he has been authorized by the Court to use the CM/ECF system. ECF No. 21. Accordingly, Plaintiff will receive service of this filing through the CM/ECF system.

                                                /s/ Christopher A. Duggan
                                                Christopher A. Duggan (BBO No. 544150)