UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
MICHAEL SEKLECKI,             )
               Plaintiff,     )
                              )    Civil Action
v.                            )    No. 22-10155-PBS
                              )
CENTERS FOR DISEASE           )
CONTROL & PREVENTION, et al., )
               Defendants.    )
_____)
```

**Order**

April 26, 2022

Saris, D.J.

After hearing, Defendant Airlines' (American Airlines and Southwest Airlines) motion to transfer the case to Middle District of Florida (Dkt. 8) is **DENIED**. Plaintiff's motion for preliminary injunction against Federal Defendants (Centers for Disease Control & Prevention and Department of Health and Human Services) (Dkt. 15) is **DENIED**. Plaintiff's motion for preliminary injunction against Defendant Airlines (Dkt. 17) is **DENIED**. Federal Defendants's motion to transfer case the case to the Middle District of Florida (Dkt. 46) is **STAYED**. Plaintiff's motion to compel American Airlines to modify the mask exemption letter (Dkt. 75) is **DENIED AS MOOT**. Plaintiff's motion to add defendants Soares, Spence, Doe, and Roe (Dkt. 76) is **DEFERRED**. Plaintiff's motion to compel American Airlines to refund and

1

reimburse (Dkt. 86) is **DENIED**. If Plaintiff chooses to proceed with the motion for sanctions (Dkt. 87), he must submit a declaration under oath by May 13, 2022. The motion (Dkt. 87) is **SET FOR ARGUMENT** on Wednesday, June 1, 2022, at 3:00 p.m. by video. Plaintiff's motion to set briefing schedule for summary judgment (Dkt. 97) is **DENIED**. Plaintiff's motion to add Delta Airlines, Frontier Airlines, and Spirit Airlines as Defendants (Dkt. 100) is **DENIED WITHOUT PREJUDICE**. Defendant Airlines' motion to dismiss (Dkt. 109) is **SET FOR HEARING** on Wednesday, June 1, 2022, at 3:00 p.m. by video. Plaintiff must oppose the motion to dismiss by May 13, 2022, and Airline Defendants will have until May 20 to reply. Plaintiff's motion to stay motion to dismiss briefing (Dkt. 113) is **DENIED**. Delta Airlines and Spirit Airlines's motion to intervene for limited purpose (Dkt. 118) is **DENIED AS MOOT**.

    SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge