# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL SEKLECKI
    Plaintiff,

                                                  CA No. 22- 10155-PBS

    v.

CENTERS FOR DEISEASE CONTROL & PREVENTION, ET AL
    Defendants.

SARIS, D.J.

## ORDER OF ADMINISTRATIVE STAYED/CLOSURE

It is hereby ordered that the above-entitled case is administratively stayed pending the Appeals, it is hereby **ORDERED**:

The above-entitled action is hereby administratively stayed to the right of any party to restore upon appeals concluded.

                                                  By the Court:

                                                  Robert M. Farrell
                                                  Clerk of Court

                                                  /s/ C. Geraldino-Karasek
                                                    Deputy Clerk

Dated: October 31, 2022